Pro se Motion requesting leave To File an original copy of:
The petition for discretionary review.
To The honorable court of criminal Appeals of Texas:

Comes now The appellant in The above - styled and numbered cause and respectfully moves This honorable court To grant leave To file an orinal copy only of The P.D.R. in support There of would show To The cort The Folowing.

1) The style and Appeal number in The Dallas county? court of Appeals are: Mario Lopez Jucup V. State of Texas, Appeal no. 05-13-00878.-CR

2) The appellant moves That, pursuant To The Rule 2, Texas Rules of Appellante procedure, That require The Filing of eleven (11) copies of The P.D.R. with The court.

3) The fact relied upon The show good cause For This request are, as Folows: The appellant is indigent and incarcerated and does not have access To a foto copier. The appellant is presently not represented by counsel and intends To file a pro se petition for discretionary review. Wherefore, premises considered, The appellant respectfully requested That This honorable court grant leave To file an original copy only of The P.D.R with The court.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Respectfully submitted

Mario Lopez Jucup (pro see)

T.D.C.J no. 1870734

Hollioay Unit

295 IH-45 North

Huntsville Tx 77320

FILED IN
COURT OF CRIMINAL APPEALS

JAN 22 2015

Abel Acosta, Clerk

CERTIFICATE OF SERVISE

THE UNDERSIGNED APPELLANT HEREBY CERTIFIES THAT A TRUE AND CORRECT COPY OF THE FOREGOING PETITION FOR DISCRETIONARY REVIEW HAS BEEN MAILD, US MAIL, POSTAGE PAID, TO THE OFFICE OF THE CRIMINAL DISTRICT ATTORNEY FOR DALLAS COUNTY, FRANK CROWLEY COURTS BLVD 133 N. RIVERFRONT BLVD. LB 19 DALLAS, TX 75207-4300. AND TO THE STATE PROSECUTING ATTORNEY P.O. BOX 12405 CAPITOL STATION, AUSTIN TEXAS 78711, ON THIS THE 9 DAY OF JANUARY 2015.

MARIO LOPEZ JUCUP